UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>FIRST MERIDIAN FINANCIAL INC.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.:  20-cv-2469-WQH-AHG<br><br>**ORDER** |

HAYES, Judge:

Pursuant to the Notice of Voluntary Dismissal Without Prejudice filed by Plaintiff Mariano Benitez (ECF No. 4),

IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Clerk of the Court shall close the case.

Dated: July 1, 2021

Hon. William Q. Hayes
United States District Court